## AFFIDAVIT OF SERVICE




**COURT:** United States District Court Eastern District Of New York

**INDEX#:** 1 21 CV 00792 WFK RML

**DATE PURCHASED:**

**PLAINTIFF/PETITIONER:** STRIKE 3 HOLDINGS LLC.

**DEFENDANT/RESPONDENT(S):** JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 74.72.24.181

**DOCUMENTS:** SUMMONS, FIRST AMENDED COMPLAINT, CIVIL COVER SHEET, EXHIBIT

New York ss:

Melissa Bondi, the undersigned, being duly sworn, deposes and says:

On 09/28/2021 at 11:44 AM, deponent served the aforementioned documents on ▮▮▮▮ at ▮▮▮▮ in the manner indicated below:

**MANNER OF SERVICE:**
Deponent made prior attempts to effect personal service upon the said Defendant at the aforementioned address to wit: 09/22/2021 at 11:59 AM, 09/22/2021 at 1:08 PM, 09/24/2021 at 7:14 PM, 09/27/2021 at 9:22 AM, 09/28/2021 at 11:44 AM. That personal service could not be made with due diligence upon the said Defendant and therefore deponent on 09/28/2021 at 11:44 AM at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said Defendant, ▮▮▮▮ by affixing same to the door of Defendant, said residence, and on 09/29/2021 deponent completed service by depositing 1 copy(s) of the above described papers in a post paid, properly addressed envelope in an official repository under the exclusive care and custody of the United States Post Office in the State of New York addressed to the Defendant, ▮▮▮▮ at the above address with the envelope marked PERSONAL AND CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the Defendant.

**Service Comments:**

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**

Sworn to and subscribed before me on 09/29/2021

*[signature]*
Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2021

*[notary seal]*

x *[signature]*
Melissa Bondi
License#: 2055105-DCA

GSS#: 20210922091330

GUARANTEED SUBPOENA SERVICE, INC., License # 0994591, 2009 MORRIS AVENUE, UNION, NJ, 07083 - Tel: 908-687-0056 - Fax: 908-688-0885

THE ATKIN FIRM, LLC, 55 MADISON AVENUE, MORRISTOWN, NJ 07960