**United States District Court Eastern District Of New York**

**AFFIDAVIT OF DUE DILIGENCE**


*4630*

Index no : 1 21 CV 00792 WFK RML

| Plaintiff: | **STRIKE 3 HOLDINGS LLC.** |
|---|---|
| Defendant: | **JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS** |

NEW YORK
ss.:

**Melissa Bondi**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

That after multiple attempts deponent was unable with due diligence to serve the within **SUMMONS AND COMPLAINT, EXHIBITS, PROPOSED SUMMONS, TEXT ORDER/EMAIL DATED 8/27/2021, CIVIL COVER SHEET** on ▮ at ▮

| Date/Time | Address | Remarks |
|---|---|---|
| 09/04/2021-10:18 AM | ▮ | Single family home;2 story;No answer after ringing doorbell;No answer after repeated knocking |
| 09/07/2021-11:33 AM | ▮ | No answer after ringing doorbell;No answer after repeated knocking |
| 09/07/2021-7:16 PM | ▮ | No answer after ringing doorbell;No answer after repeated knocking |
| 09/08/2021-1:06 PM | ▮ | No answer after ringing doorbell;No answer after repeated knocking |

Sworn to and subscribed before me on
09/13/2021

*/s/ Angelique Mamalakis*
Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2021

x */s/ M Bondi*
Melissa Bondi
License#: 2055105-DCA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056

THE ATKIN FIRM, LLC
55 MADISON AVENUE
SUITE 400
MORRISTOWN, NJ 07960
9733148010

Atty File#:

GSS#: 20210903115932

[Notary Seal: ANGELIQUE MAMALAKIS, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Queens County, 01MA6367740, MY COMMISSION EXPIRES 11-27-2021]