**United States District Court Eastern District Of New York**

**AFFIDAVIT OF DUE DILIGENCE**



*4673*

Index no : 1 21 CV 00792 WFK RML

| Plaintiff: | STRIKE 3 HOLDINGS LLC. |
|---|---|
| Defendant: | JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS |

NEW YORK
ss.:

**Melissa Bondi**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

That after multiple attempts deponent was unable with due diligence to serve the within **SUMMONS AND FIRST AMENDED COMPLAINT, CIVIL COVER SHEET**, on ▇▇▇▇▇▇ at ▇▇▇▇▇▇

| Date/Time | Address | Remarks |
|---|---|---|
| 09/13/2021-7:59 PM | ▇▇▇ | 2 story;Single family home;No answer after repeated knocking;No answer after ringing doorbell |
| 09/14/2021-9:42 PM | ▇▇▇ | No answer after repeated knocking;No answer after ringing doorbell |
| 09/15/2021-1:05 PM | ▇▇▇ | No answer after repeated knocking;No answer after ringing doorbell |

Sworn to and subscribed before me on
09/15/2021

*[signature]*
Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2021

X *[signature]* Bondi
Melissa Bondi
License#: 2055105-DCA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056

THE ATKIN FIRM, LLC
55 MADISON AVENUE
SUITE 400
MORRISTOWN, NJ 07960
9733148010

Atty File#:

GSS#: 20210913152857

*[Notary seal: Angelique Mamalakis, State of New York, Notary Public, Qualified in Queens County, 01MA6367740, Commission Expires 11-27-2021]*