UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 74.72.24.181,

                Defendant.

Case No. 1:21-cv-00792-WFK-RML

---

## **CERTIFICATE OF SERVICE**

1. I hereby certify that, on the date below, I caused a copy of Plaintiff's Summons Returned Executed (Affidavit of Service and attached affidavits of due diligence) to be electronically filed with the Clerk of the Court using CM/ECF in redacted form on the public docket, along with an unredacted version filed as an "Ex Parte" document, pursuant to the Court's August 27, 2021 Text Order.

2. I further certify that, on the date below, I caused a copy of the redacted and unredacted Plaintiff's Summons Returned Executed (Affidavit of Service and attached affidavits of due diligence) to be served on Defendant via First Class Mail & certified mail (R.R.R.), pursuant to Fed. R. Civ. P. 5(b) and the Court's August 27, 2021 Text Order.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

DATED: October 7, 2021

By: */s/ John C. Atkin*
John C. Atkin, Esq.
The Atkin Firm, LLC
400 Rella Boulevard, Suite 165,
Suffern, NY 10901
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com